# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-5658 PA (AFMx) | Date | March 3, 2022 |
|---|---|---|---|
| Title | Lusine Ghazaryan v. Euromarket Designs, Inc., et al. | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None    None

**Proceedings:**   ORDER TO SHOW CAUSE

    Plaintiff commenced this action on behalf of herself and a putative class. On November 3 and 4, 2021, the Court issued a Minute Order and a Civil Trial Scheduling Order (Docket Nos. 20 & 21). In the Court's November 3, 2021 Minute Order, the Court set a deadline of February 7, 2022, for plaintiff to file a Motion for Class Certification. The Court previously responded to a document filed by plaintiff on February 7, 2022 by striking the motion. (Docket No. 24.) To date, and despite the passage of the deadline for her to do so, plaintiff has not filed a Motion for Class Certification.

    Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing why plaintiff's class allegations should not be stricken for failure to timely file a Motion for Class Certification. Plaintiff's response to the order to show cause shall be filed no later than March 18, 2022. Plaintiff's failure to adequately or timely respond to this Order by that date will, without further warning, result in the Court striking plaintiff's class allegations.

    IT IS SO ORDERED.