1  Hovanes Margarian, SBN 246359
   hovanes@margarianlaw.com
2  Armen Margarian, SBN 313775
   armen@margarianlaw.com
3  Shushanik Margarian, SBN 318617
   shushanik@margarianlaw.com
4  THE MARGARIAN LAW FIRM
   801 North Brand Boulevard, Suite 210
5  Glendale, California 91203
   Telephone Number:    (818) 553-1000
6  Facsimile Number:    (818) 553-1005

7  Attorneys for Plaintiff,
   LUSINE GHAZARYAN
8

9                    **UNITED STATES DISTRICT COURT**

10                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12 | LUSINE GHAZARYAN, as an individual, on behalf of herself, all others similarly situated, and the general public, | Case No. 2:21-cv-05658-PA-AFM |

13 | | |

14 | Plaintiff, | **CLASS ACTION** |

15 | vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii)** |

16 | EUROMARKET DESIGNS, INC. d/b/a CRATE & BARREL, an Illinois Corporation; and DOES 1 through 10, inclusive, | |

17 | | |

18 | Defendants. | |

19

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-- 1 --
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii)

**PLEASE TAKE NOTICE** that the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Lusine Ghazaryan pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 18, 2021                THE MARGARIAN LAW FIRM

*/s/ Hovanes Margarian*
Hovanes Margarian
Attorney for Plaintiff
Lusine Ghazaryan